UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DAVID MUNOZ,

                            Plaintiff,

v.

PRO CUSTOM SOLAR D/B/A
MOMENTUM SOLAR, LLC and ARTHUR
SOURITZIDIS,

                           Defendants.

Civ. No.: 1:23-cv-05291 (AMD)(PK)

## NOTICE OF MOTION TO MOTION TO COMPEL ARBITRATION AND STAY ACTION

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jeffrey A. Kopco, the exhibit annexed thereto, and upon the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and Stay Action, by and through their attorneys, Jackson Lewis P.C., Defendants Pro Custom Solar d/b/a Momentum Solar, LLC and Arthur Sourtizidis ("Defendants") will move this Court, at the United States District Court, Eastern District of New York, on a date and time to be determined by this Court, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., Rule 12(b)(3) of the Federal Rules of Civil Procedure: (i) compelling Plaintiff to arbitrate his claims against Defendants; (ii) staying this action until the conclusion of the arbitration of Plaintiff's claims; and (iii) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, Defendants intend to file and serve reply papers as permitted by the Federal Rules of Civil Procedure, the Court, and/or this Court's Local Rules of Civil Procedure.

Dated: Melville, New York
November 6, 2023

                              Respectfully submitted,

                              JACKSON LEWIS P.C.
                              *ATTORNEYS FOR DEFENDANTS*
                              58 South Service Rd., Suite 250
                              Melville, New York 11747
                              (631) 247-0404

                By:    *Brian J. Shenker*
                              BRIAN J. SHENKER, ESQ.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2023, I caused a true and correct copy of the enclosed **NOTICE OF MOTION TO MOTION TO COMPEL ARBITRATION AND STAY ACTION**, to be served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

Kevin Scott Johnson, Esq.
Johnson Litigation Group, P.C.
1 Linden Place, Suite 207
Great Neck, New York 11021
(646) 590-0571
Email : KJohnson@jlitlaw.com

*Brian J. Shenker*
BRIAN J. SHENKER, ESQ.

4865-9896-2056, v. 1